# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Bianca Contreras-Rodriguez**    PRINCIPAL
YOB:    1991
USC

United States District Court
Southern District of Texas
**FILED**

FEB 27 2019

, Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

M-19-0477-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 26, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jacinto Rojas-Calyeca, a national of Mexico, and Amado De Jesus Ramirez-De Paz, a national of Guatemala, along with one (1) other undocumented alien, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move, or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Hidalgo, Texas to the point of arrest near Hidalgo, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 26, 2019, Hidalgo Police Department requested assistance from Border Patrol Agents to determine alienage of several subjects that were stopped near 23rd Street and Guerra Road in Hidalgo, Texas.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

*Approved by David A. Lindenmuth*

2/27/19

Sworn to before me and subscribed in my presence,

Signature of Complainant

**Julio C. Peña**    **Senior Patrol Agent**
Printed Name of Complainant

**February 27, 2019**    at    **McAllen, Texas**
Date                                  City and State

**J Scott Hacker**      **, U. S. Magistrate Judge**
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-      -M

RE:      Bianca Contreras-Rodriguez

**CONTINUATION:**

Agents responded and were advised by a Hidalgo Police Department Officer that a traffic stop was conducted on a Ford Explorer for disregarding a stop sign. Upon questioning the passengers, the Officer suspected that a human smuggling attempt was being taken place.

Agents approached the driver and identified her as Bianca Contreras-Rodriguez, who claimed to be a United States Citizen. An immigration inspection was conducted on three passengers sitting on the back seat and they were determined to be illegally present in the United States.

All subjects were placed under arrest and transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Bianca Contreras-Rodriguez was read her Miranda Rights. She understood and agreed to provide a sworn statement.

Contreras stated she was hired to pick up three illegal aliens and was to receive $180 USD per person. Contreras claimed to have smuggled multiple times before in the same area and that she successfully smuggled three aliens just a day ago. Contreras admitted to scouting for law enforcement on one occasion for a narcotic smuggling attempt.

**MATERIAL WITNESSES STATEMENTS:**
Jacinto Rojas-Calyeca and Amado de Jesus Ramirez-De Paz were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Rojas, a citizen of Mexico, stated he paid a total of $8,500 USD for the smuggling arrangements. Rojas claimed he crossed the river along with two other subjects and they were eventually picked up by a four door vehicle. Rojas identified Contreras, through a photo lineup, as the driver of the vehicle.

Ramirez, a citizen of Guatemala, stated his cousin made the smuggling arrangements and paid $11,000 USD. After crossing the river, Ramirez stated he crossed a wall and eventually made it out from the brush. Ramirez claimed he was eventually picked up by a vehicle driven by a female subject. Ramirez identified Contreras, through a photo lineup, as the driver of the vehicle